**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Bronson HUGHES, a/k/a**
**Andrew Alfonso Skeeter,**
**Defendant–Appellant.**

No. 12–6808.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Kenneth Bronson Hughes, Appellant Pro Se. Ronald Andrew Bassford, Donald Ray Wolthuis, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Bronson Hughes appeals the district court's orders denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006), and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hughes,* No. 6:02–cr–70105–NKM–2 (W.D.Va. Mar. 30, 2012; Apr. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*